```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

PAMELA CONN, as Personal
Representative of the ESTATE of
GERALDINE REED, Deceased, and on
behalf of the wrongful death
beneficiaries of GERALDINE REED                      PLAINTIFFS

        v.        Civil No. 07-5142

CONCORDIA QUILT, LLC
d/b/a CONCORDIA CARE CENTER;
QUILTED CARE, LTD. CO;
CONCORDIA INVESTORS, LLC;
PAULA FELTON-WERNER;
THOMAS J. WITT; LISA WITT; and
JOHN and JANE DOE A through Z                        DEFENDANTS

## ORDER

Now on this 30th day of October, 2007, comes on for consideration **Plaintiff's Motion to Non-Suit Defendant Paula Felton-Werner** (document #16), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **dismissed without prejudice with respect to separate defendant Paula Felton-Werner**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE